# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**LUCAS WILLIAMS**                                                   **PLAINTIFF**

**v.**                                  **No. 3:26-cv-4-DPM**

**SERGIO JIMENEZ;  KEVIN
C. MCCLANAHAN;  CARMEN
PACHECO;  DAWN HILL-KEARSE;
and WAVNY TOUSSAINT**                                             **DEFENDANTS**

## ORDER

Williams hasn't filed an amended complaint;  and the time to do so has passed.  *Doc. 3.*  Williams's complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2026