IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LUCAS WILLIAMS                                          PLAINTIFF

v.                          No. 3:26-cv-4-DPM

SERGIO JIMENEZ;  KEVIN
C. MCCLANAHAN;  CARMEN
PACHECO;  DAWN HILL-KEARSE;
and WAVNY TOUSSAINT                                     DEFENDANTS

JUDGMENT

Williams's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2026